IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM RUSHFORTH, III, on behalf of himself and all others similarly situated, | § § § § § § § § § § § | Civil Action No. 4:11-cv-35 |
| Plaintiffs, | | |
| v. | | COLLECTIVE ACTION (JURY TRIAL) |
| BANK OF AMERICA NATIONAL ASSOCIATION, ET AL. | | |
| Defendants. | | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties and the Federal Rules of Civil Procedure, Plaintiff William Rushforth, III ("Plaintiff") hereby discloses that the following parties are financially interested in the outcome of this litigation:

1. William Rushforth, III, Plaintiff

2. Rhonda H. Wills & WILLS LAW FIRM, Plaintiff's counsel

3. Any other persons who may join or otherwise appear as additional named plaintiffs in this matter

4. Any additional persons that may consent to opt-in to this collective action

5. Bank of America National Association, Defendant  [NYSE: BAC]

Respectfully submitted,

/s/ Rhonda H. Wills
Rhonda H. Wills
Wills Law Firm
State Bar No. 00791943
Southern District I.D. No. 20699
2700 Post Oak Blvd., Suite 1350
Houston, Texas   77056
o: 713.528.4455  f: 713.528.2047
Email: rwills@rwillslawfirm.com
**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 22, 2011**, I electronically filed the foregoing document with the clerk of the court for the Southern District of Texas using the electronic case filing system of the court.  The following attorneys have been given notice as follows:

*via EM/ECF electronic service:*
Solace K. Southwick
MCGUIRE WOODS LLP
600 Travis Street
Houston, Texas  77002-2906
o: (713) 353-6682
f: (832) 214-9936
ssouthwick@mcguirewoods.com


/s/ Rhonda H. Wills
Rhonda H. Wills

2