IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM RUSHFORTH, III, on behalf of himself and all others similarly situated, | § § § | |
| | § | Civil Action No. 4:11-cv-35 |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | COLLECTIVE ACTION  (JURY TRIAL) |
| BANK OF AMERICA NATIONAL ASSOCIATION, ET AL. | § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF FILING ADDITIONAL NOTICES OF CONSENT

Plaintiffs, on behalf of themselves and all other similarly situated individuals, file this Notice of Filing Additional Notices of Consent, and would show the Court that, by way of the attached Notices of Consent, the following individuals hereby join this collective action:

1. Cheryl Jablon
2. Yennys E. Vasquez

Respectfully submitted,

/s/ Rhonda H. Wills
Rhonda H. Wills
Wills Law Firm
State Bar No. 00791943
Southern District I.D. No. 20699
1776 Yorktown, Suite 600
Houston, Texas  77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047
Email: rwills@rwillslawfirm.com
**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 31, 2011,** I electronically filed the foregoing document with the clerk of the court for the Southern District of Texas using the electronic case filing system of the court.  The following attorneys have been given notice as follows:

*via EM/ECF electronic service:*

Solace K. Southwick
Attorney-in-Charge
MCGUIRE WOODS LLP
600 Travis Street
Houston, Texas  77002-2906

Michael D. Mandel
MCGUIRE WOODS LLP
1800 Century Park East
Los Angeles, California  90067

Dennis A. Clifford
Seyfath Shaw, LLP
700 Louisiana Street, Suite 3700
Houston, Texas  77002

Barry J. Miller
Seyfath Shaw, LLP
World Trade Center East
Two Seaport Lane, No. 300
Boston, MA  02210-2028

Noah A. Finkel
Seyfath Shaw, LLP
131 South Deerborn Street, Suite 2400
Chicago, Illinois 60603-5577

/s/ Rhonda H. Wills
Rhonda H. Wills

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM RUSHFORTH, III, on behalf of himself and all others similarly situated, | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:11-cv-00035 |
| v. | § § | |
| BANK OF AMERICA NATIONAL ASSOCIATION, ET AL. | § § § | COLLECTIVE ACTION (JURY TRIAL) |
| Defendants. | § § | |

## NOTICE OF CONSENT

I, the undersigned, a current or former employee of the above named employer(s) hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all overtime pay, minimum wages, and all other damages, compensation and amounts that I may be owed under the FLSA. I choose to be represented by Rhonda H. Wills of WILLS LAW FIRM and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to act as a party plaintiff in this collective action.

Cheryl Jablon
Full Name (Print)

Cheryl Jablon
Signature

5-25-11
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM RUSHFORTH, III, on behalf of himself and all others similarly situated, | § | |
| | § | Civil Action No. ___4:11-cv-00035___ |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | COLLECTIVE ACTION (JURY TRIAL) |
| BANK OF AMERICA NATIONAL ASSOCIATION, ET AL. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF CONSENT

I, the undersigned, a current or former employee of the above named employer(s) hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all overtime pay, minimum wages, and all other damages, compensation and amounts that I may be owed under the FLSA. I choose to be represented by Rhonda H. Wills of WILLS LAW FIRM and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to act as a party plaintiff in this collective action.

_Kennys E. Vosquez_
Full Name (Print)

_[signature]_
Signature

_5/25/2011_
Date